# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ROBERT J. MARSHALL, JR., | : | No. 5 MAP 2019 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 863 FR |
| | : | 2015 dated December 13, 2018 |
| v. | : | overruling the exceptions and entered |
| | : | judgment against taxpayer of the |
| | : | November 2, 2018 order that Affirmed |
| COMMONWEALTH OF PENNSYLVANIA, | : | the PA Board of Finance and |
| | : | Revenue at No.  0811195 dated |
| Appellee | : | December 3, 2015. |
| | : | |


| | | |
|---|---|---|
| JOHN K. HOUSSELS, JR., | : | No. 6 MAP 2019 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 867 FR |
| | : | 2015 dated December 13, 2018 which |
| v. | : | overruled the exceptions and entered |
| | : | judgment against taxpayer of the |
| | : | November 2, 2018 order that Affirmed |
| COMMONWEALTH OF PENNSYLVANIA, | : | the PA Board of Finance and |
| | : | Revenue at No. 0712902 dated |
| Appellee | : | December 3, 2015. |
| | : | |


| | | |
|---|---|---|
| CRAIG S. AND CHRISTINE L. ANDREWS, | : | No. 7 MAP 2019 |
| | : | |
| | : | Appeal from the Order of the |
| Appellants | : | Commonwealth Court at No. 185 FR |
| | : | 2016 dated December 13, 2018 which |
| | : | overruled the exceptions and entered |
| v. | : | judgment against taxpayer of the |
| | : | November 2, 2018 order that Affirmed |
| | : | the PA Board of Finance and |
| COMMONWEALTH OF PENNSYLVANIA, | : | Revenue at No. 0811417 dated March |
| | : | 1, 2016. |
| Appellee | : | |


| | | |
|---|---|---|
| RONALD S. LEVENTHAL, | : | No. 8 MAP 2019 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 186 FR |
| | : | 2016 dated December 13, 2018 which |

|  | | |
|---|---|---|
| v. | : | overruled the exceptions and entered |
|  | : | judgment against taxpayer of the |
|  | : | November 2, 2018 order that Affirmed |
| COMMONWEALTH OF PENNSYLVANIA, | : | the PA Board of Finance and |
|  | : | Revenue at No. 0811439 dated March |
| Appellee | : | 1, 2016 |
|  | : | |

|  | | |
|---|---|---|
| ANNETTE SHARPE, | : | No. 9 MAP 2019 |
|  | : | |
| Appellant | : | Appeal from the Order of the |
|  | : | Commonwealth Court at No. 187 FR |
|  | : | 2016 dated December 13, 2018 which |
| v. | : | overruled the exceptions and entered |
|  | : | judgment against taxpayer of the |
|  | : | November 2, 2018 order that Affirmed |
| COMMONWEALTH OF PENNSYLVANIA, | : | the PA Board of Finance and |
|  | : | Revenue at No.  0813370 dated |
| Appellee | : | March 1, 2016 |
|  | : | |

|  | | |
|---|---|---|
| JOHN THOMPSON, | : | No. 10 MAP 2019 |
|  | : | |
| Appellant | : | Appeal from the Order of the |
|  | : | Commonwealth Court at No. 188 FR |
|  | : | 2016 dated December 13, 2018 which |
| v. | : | overruled the exceptions and entered |
|  | : | judgment against taxpayer of the |
|  | : | November 2, 2018 order that Affirmed |
| COMMONWEALTH OF PENNSYLVANIA, | : | the PA Board of Finance and |
|  | : | Revenue at No.  0812883 dated |
| Appellee | : | March 1, 2016 |
|  | : | |

## <u>ORDER</u>

**PER CURIAM**                                    **DECIDED:  August 20, 2019**

**AND NOW,** this 20th day of August, 2019, the Order of the Commonwealth Court is **AFFIRMED**. The Application for Oral Argument is **DENIED**.